# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA KIMBLE, ADMINISTRATRIX, OF THE ESTATE OF NORMAN E. KIMBLE, | : : : : | No.: 4:18-CV-00386 |
| | : | (Judge Brann) |
| Plaintiff, | : : : | |
| v. | : : | |
| OWNER OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ATLANTIC SPECIALTY INSURANCE COMPANY, INTER-AMERICAS INSURANCE CORP., INC., and GREAT FIDELITY LIFE INSURANCE COMPANY, | : : : : : : : : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 28th day of June 2018, in light of Plaintiff's Letter to the Court indicating that the matter has settled, ECF No. 16, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge